## Commonwealth *v.* Smith, Appellant.

Before SPORKIN, J.

Submitted March 17, 1969. *Philip Bagdon,* for appellant; *Edward G. Rendell* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.